IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETTY WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARAMARK UNIFORM SERVICES (MIDWEST) LLC d/b/a ARAMARK,<br><br>　　　　Defendant. | Case No. 08-CV-4220<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Morton Denlow |

**DEFENDANT ARAMARK UNIFORM & CAREER APPAREL, LLC'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Comes now Defendant ARAMARK Uniform & Career Apparel, LLC, f/k/a ARAMARK Uniform & Career Apparel, Inc. ("ARAMARK"),[1] in the above-captioned case, and files its Unopposed Motion for Extension of Time to File an Answer to Plaintiff's Complaint, and states:

1. Plaintiff's Complaint was filed on July 25, 2008.

2. A response to the Complaint currently is due on or before August 18, 2008.

3. The undersigned attorneys who have been retained require additional time in which to investigate and respond to the Complaint.

4. ARAMARK requests a twenty-one (21) day extension to answer or otherwise respond to the Complaint, thus extending the response date to September 08, 2008.

5. Defendant's counsel has conferred with Plaintiff's counsel, who does not oppose this motion.

6. This motion is not sought for the purposes of delay only, but also so that justice

---

[1] ARAMARK is incorrectly identified in Plaintiff's Complaint as ARAMARK Uniform Services (Midwest) LLC.

DB1/62045612.1

may be served.

WHEREFORE, Defendant respectfully requests that the Court grant this Unopposed Motion for Extension of Time for Defendant to Answer or otherwise respond to Plaintiff's Complaint until September 08, 2008.

Respectfully submitted,

Dated: August 11, 2008

s/ Barry A. Hartstein

Barry A. Hartstein
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, Illinois  60601
Telephone:  312.324.1000
Facsimile:  312.324.1001

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 11, 2008, a true and correct copy of **Defendant ARAMARK Uniform & Career Apparel, LLC'S Unopposed Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint** was served upon the following party via the Court's CM/ECF system:

Ms. Lisa Kane
Lisa Kane & Associates, P.C.
120 South LaSalle Street, Suite 1420
Chicago, IL  60604

s/ Barry A. Hartstein
Barry A. Hartstein