IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETTY WALKER,<br><br>               Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM SERVICES (MIDWEST) LLC d/b/a ARAMARK,<br><br>               Defendant. | Case No. 08-CV-4220<br><br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO:    Ms. Lisa Kane
         Lisa Kane & Associates, P.C.
         120 South LaSalle Street, Suite 1420
         Chicago, IL 60604

      PLEASE TAKE NOTICE that on Thursday, August 14, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned and/or another attorney of record shall appear before the Honorable Judge Guzman or any other Judge sitting in his place in the courtroom usually occupied by him in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Defendant's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff Betty Walker's Complaint.

                                                                                                    Respectfully submitted,

August 11, 2008                                           s/ Barry A. Hartstein

                                                                     Barry A. Hartstein
                                                                     MORGAN, LEWIS & BOCKIUS LLP
                                                                     77 West Wacker Drive
                                                                     Chicago, IL 60601
                                                                     Telephone: 312.324.1000
                                                                     Facsimile: 312.324.1001

                                                                     *Attorneys for Defendant*

DB1/62046369.1

## **CERTIFICATE OF SERVICE**

I, Barry A. Hartstein, an attorney, certify that I served the foregoing **NOTICE OF MOTION** by causing a true and correct copy of the same to be delivered via the Court's ECF system to:

Ms. Lisa Kane
Lisa Kane & Associates, P.C.
120 South LaSalle Street, Suite 1420
Chicago, IL  60604

on this 11th day of August, 2008.

s/ Barry A. Hartstein
Barry A. Hartstein

DB1/62046369.1