**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Betty Walker

                                              Plaintiff,

v.                                                         Case No.: 1:08−cv−04220
                                                                Honorable Ronald A. Guzman

Aramark Uniform Services (Midwest) LLC

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion by Defendant for extension of time to file answer or Otherwise Respond to Plaintiff's Complaint [12] is granted. Status hearing set for 8/25/08 is reset to 9/12/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.